# Exhibit A

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below, I represent to the Court that I have been employed by **Labtec Cosmetics** within the prior three (3) years, that I have worked for the company in excess of forty (40) hours in individual work weeks, and have not been paid all of the wages owed to me pursuant to 29 U.S.C. 206 and 207. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

My name is: **Gregorio Diaz**
Print Name

My address is: [redacted]
Street Address

**Addison, IL 60101**
City, State, Zip Code

My telephone phone number is: **630-**[redacted]
Cellular Phone

_____
Home Phone

Signature: **Gregorio Diaz**

Date on which I signed this Notice: **08/28/20**
Today's Date